Submitted January 21, affirmed February 20, petition for review denied May 8, 2014 (355 Or 380)

## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## DENNIS GENE STANLEY,
*Defendant-Appellant.*

Lane County Circuit Court
201200824; A152205

323 P3d 429

Peter Gartlan, Chief Defender, and Elizabeth Daily, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Doug M. Petrina, Senior Assistant Attorney General, filed the brief for respondent.

Before Duncan, Presiding Judge, and Nakamoto, Judge, and DeVore, Judge.

PER CURIAM